IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANCHOR MANAGING GENERAL AGENCY, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:05CV908-M [WO] |
| LLOYD'S OF LONDON, ) ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On 22 September 2005, the defendant filed in this court a Motion to Dismiss or Stay and Compel Arbitration (Doc. # 3). This case was removed to this court on 22 September 2005 and was randomly assigned to the Magistrate Judge for disposition. Although the court's procedure for consenting to a Magistrate Judge has not yet been triggered by the requisite pleadings, the pendency of a dispositive motion requires early notification regarding consent. Effective judicial administration also requires that the motion be submitted in a timely manner. Accordingly, it is ORDERED as follows:

1. On or before 2 November 2005, the plaintiff shall file its response to the defendant's motion, along with its memorandum in opposition to the motion. The plaintiff is DIRECTED to all three of the requests in the motion, namely, the request to (a) dismiss, (b) stay, and (c) compel arbitration.

2. On or before 16 November 2005, the defendant may file its reply to the plaintiff's responses. The motion shall be deemed submitted on that date, and

the court will accept no further pleadings.  Thereafter, the court may decide the motion without a hearing.

3. On or before 26 October 2005, the parties shall notify the Clerk of the court whether they wish to consent to the Magistrate Judge in writing by sending a completed consent form to the Clerk of the court.  A copy of the form is available on the court's website.  The parties are ADVISED that they may freely decline to consent without adverse consequences.

DONE this 13th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE