IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANCHOR MANAGING | ) | |
| GENERAL AGENCY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV908-T |
| | ) | [WO] |
| LLOYD'S OF LONDON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

For good cause, it is hereby

ORDERED that the court's Order dated 30 September 2005 (Doc. # 4) is VACATED.

DONE this 1st day of November, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE